STEPHEN P. TWISS, Defendant in Error, *v.* CHARLES G. HOPKINS *et al.*, Plaintiffs in Error.

1. *Practice, civil — Appeal — Supreme Court will not review a case which turns only on weight of evidence.* — In a law case, where, on the trial in the court below, no exceptions are taken and no instructions asked or given, and the case turns merely on weight of evidence, there is nothing for the Supreme Court to review, and judgment will be affirmed.

*Error to Kansas City Court of Common Pleas.*

*Twiss & Cook*, for defendant in error.

*J. Brown Hovey*, for plaintiffs in error.

WAGNER, Judge, delivered the opinion of the court.

This action was founded on a promissory note, and the answer contained two counts : first, a denial of the execution of the note ; and, second, a want of consideration. The cause was submitted to the court sitting as a jury, by agreement of the parties. Verdict and judgment for plaintiff.

At the trial no exception was taken to the ruling of the court, no instructions were asked or given, and there is no point of law saved. The merits turned entirely on the weight of evidence, and there is nothing for this court to review.

Judgment affirmed. The other judges concur.